**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

---

ROBERT HEALEY,                                      **Civil File No. 10-CV-2336 JTM/KMH**

      Plaintiff,

vs.                                                         **STIPULATION OF DISMISSAL
WITH PREJUDICE**

MESSERI & KRAMER, P.A.,

      Defendant.

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff Robert Healey, and the defendant, Messerli & Kramer, P.A. hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

                                                           Respectfully submitted,

Dated: <u>November 1, 2010</u>           By <u>/s/J. Mark Meinhardt</u>
                                                  J. Mark Meinhardt
                                                  4707 College Boulevard, Suite 100
                                                  Leawood, KS  66211
                                                  (913) 451-9797
                                                  (913) 451-6163 (fax)
                                                  ATTORNEY FOR PLAINTIFF

Dated: <u>November 1, 2010</u>           By <u>/s/Clifford A. Cohen</u>
                                                  Clifford A. Cohen, #08681
                                                  Cohen McNeile & Pappas, P.C.
                                                  4601 College Blvd., Suite 200
                                                  Leawood, KS 66211
                                                  (913) 491-4050
                                                  (913) 491-3059 (fax)
                                                  ATTORNEY FOR DEFENDANT